[No. 20209-3-II.    Division Two.    March 13, 1998.]

RONALD F. BAKER, *Respondent*, v. EVEREST & JENNINGS,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-05080-3, Waldo F. Stone, J., entered Janu-
ary 11, 1996. *Reversed* by unpublished opinion per Hough-
ton, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 20664-1-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY A.
BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-1-00464-7, Wm. Thomas McPhee, J.,
entered April 10, 1996. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Bridgewater, A.C.J., and
Morgan, J.

[No. 20726-5-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. YOSHIO
KODOMA WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-01876-1, Frederick B. Hayes, J., entered
April 16, 1996. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 20873-3-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE EDMOND
GHEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-04973-9, Nile E. Aubrey, J., entered June
26, 1996. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Houghton, C.J., and Bridgewater, J.